*exhibit*

*State*

*Staute*

FILED ___ LODGED ___
RECEIVED ___ COPY ___
OCT - 1 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**CIV 10-595 TUC RCC**

### § 23–1361  LABOR | LABOR

knowledge that the information was false or was provided with reckless disregard of its truth or falsity.

E. Communications concerning employees or prospective employees that are made by an employer or prospective employer, or by a labor organization, to a government body or agency and that are required by law or that are furnished pursuant to written rules or policies of the government body or agency are privileged.

F. An employer, including this state and its agencies, a labor organization or an individual is not civilly liable for privileged communications made pursuant to subsection E of this section.

G. In response to a request by another bank, savings and loan association, credit union, escrow agent, commercial mortgage banker, mortgage banker or mortgage broker it is not unlawful for a bank, a savings and loan association, a credit union, an escrow agent, a commercial mortgage banker, a mortgage banker or a mortgage broker to provide a written employment reference that advises of the applicant's involvement in any theft, embezzlement, misappropriation or other defalcation that has been reported to federal authorities pursuant to federal banking guidelines or reported to the department of financial institutions. In order for the immunity provided in subsection H of this section to apply, a copy of the written employment reference must be sent by the institution providing the reference to the last known address of the applicant in question.

H. No bank, savings and loan association, credit union, escrow agent, commercial mortgage banker, mortgage banker or mortgage broker shall be civilly liable for providing an employment reference unless the information provided is false and the bank, savings and loan association, credit union, escrow agent, commercial mortgage banker, mortgage banker or mortgage broker providing the false information does so with knowledge and malice.

I. A court shall award court costs, attorney fees and other related expenses to any party that prevails in any civil proceeding in which a violation of this section is alleged.

Amended by Laws 1986, Ch. 244, § 1; Laws 1987, Ch. 278, § 1; Laws 1992, Ch. 136, § 2; Laws 1996, Ch. 233, § 1; Laws 2000, Ch. 60, § 1; Laws 2001, Ch. 17, § 1; Laws 2004, Ch. 188, § 23, eff. Jan. 1, 2006.

#### Historical and Statutory Notes

The 1996 amendment by Ch. 233 rewrote the section, which had read:

"A. 'Blacklist' means any understanding or agreement whereby the names of any person or persons, list of names, descriptions or other means of identification shall be spoken, written, printed or implied for the purpose of being communicated or transmitted between two or more employers of labor, their bosses, foremen, superintendents, managers, officers or other agents, whereby the laborer is prevented or prohibited from engaging in a useful occupation. Any understanding or agreement between employers, their bosses, foremen, superintendents, managers, officers or other agents, whether written or verbal; and it will make no difference whether the employers, their bosses, foremen, superintendents, managers, officers or other agents act individually or for some company, corporation, syndicate, partnership or society; and it will make no difference whether they are employed or acting as agents for one and the same or different companies, corporations, syndicates, partnerships or societies, it shall come within the meaning of this section.

"B. It is not unlawful for a former employer to provide to a requesting employer, or agents acting in his behalf, information concerning a person's education, training, experience, qualifications and job performance to be used for the purpose of evaluating the person for employment. It is not unlawful for a school district to provide information received as a result of a fingerprint check required by § 15–512 to any other school district if requested to do so by the person who was the subject of the fingerprint check. A copy of any written communication regarding employment must be sent by the employer providing the information to the former employee's last known address.

"C. A former employer making a communication pursuant to subsection B of this section is immune from civil liability unless the information communicated is false and defamatory and is acted on to the harm of the employee by the prospective employer and the communicator knows the information is false or acts with reckless disregard of the information's truth or falsity.

"D. Communications concerning employees or prospective employees which are made by an employer or prospective employer, or by a labor organization, to a government body or agency and which are required by law or which are furnished pursuant to written rules or policies of the government body or agency are privileged.

"E. An employer, including this state and its agencies, a labor organization or an individual is not civilly liable for privileged communications made pursuant to subsection D of this section.

"F. In res savings and l for a bank, a provide a writ vises of the embezzlement tion which has pursuant to f for the immu section to app reference mus the reference applicant in qu

"G. No ba shall be civilly ment referenc false and the union providin knowledge and

The 2000 a applicability o and in this re "credit union and twice in union" to "a c the first sente of the same se State Banking and made nons changes.

"The 2001 a secs. G and H; nonsubstantive amendment su

"G. In resp savings and lo crow agent, it and loan assoc agent to provi

H.B. 2274:
ences. 30 Ariz

Treatises and
 9 Arizona 
  Employee
 9A Arizona 
  Tort Liabi
 Employmen
  tices § 65:
 Employment
  tices § 65:
 Employment
  § 12:7, M
  cern.

*exhibit*

**LABOR**

HRS Fair Employment Practices § 26:98, Right-To-Work Law.

**SECONDARY BOYCOTTS**

**ences**

RS Fair Employment Practices § 26:1, Introduction.

RS Fair Employment Practices § 26:40, Right-To-Work Law.

**me Court**

munity Care, Inc., 2001, 121 S.Ct. 1861, 532 706, 149 L.Ed.2d 939.

**nces**

ployment Coordinator Labor Relations 40:74, Picketing Against Primary Employer.

**nces**

ployment Coordinator Labor Relations 62:12, Union Suits.

ployment Coordinator Labor Relations 62:14, Picketing And Secondary Boycotts.

Fair Employment Practices § 26:98, ight-To-Work Law.

**ces**

le to Employment Law and Regulation 2d 23:1, Government Regulation Of Unions.

**CONTRARY TO PUBLIC POLICY**

**nt not to join, become or remain rganization**

**es**

oyment Coordinator Labor Relations 0:17, Yellow-Dog Contracts; Promises Refrain From Union Membership As dition Of Employment.

# LABOR § 23-1361

HRS Fair Employment Practices § 26:1, Introduction.

HRS Fair Employment Practices § 26:40, Right-To-Work Law.

## § 23-1342. Compelling or coercing another not to join labor union as requisite to employment; classification

### Research References

**Treatises and Practice Aids**

Employment Coordinator Labor Relations § 40:17, Yellow-Dog Contracts; Promises To Refrain From Union Membership As Condition Of Employment.

Employment Coordinator Labor Relations § 62:15, Criminal Offenses.

HRS Fair Employment Practices § 26:40, Right-To-Work Law.

### United States Supreme Court

Federal credit unions, membership, common bond, multiple unrelated employer groups, see Nat. Credit. Union Admin. v. First Nat. Bank & Trust, U.S.D.C. 1998, 118 S.Ct. 927.

## ARTICLE 4. BLACKLISTING

### § 23-1361. Blacklist; definition; exceptions; privileged communications; immunity

A. "Blacklist" means any understanding or agreement whereby the names of any person or persons, list of names, descriptions or other means of identification shall be spoken, written, printed or implied for the purpose of being communicated or transmitted between two or more employers of labor, or their bosses, foremen, superintendents, managers, officers or other agents, whereby the laborer is prevented or prohibited from engaging in a useful occupation. Any understanding or agreement between employers, or their bosses, foremen, superintendents, managers, officers or other agents, whether written or verbal, comes within the meaning of this section and it makes no difference whether the employers, or their bosses, foremen, superintendents, managers, officers or other agents, act individually or for some company, corporation, syndicate, partnership or society and it makes no difference whether they are employed or acting as agents for the same or different companies, corporations, syndicates, partnerships or societies.

B. It is not unlawful for a former employer to provide to a requesting employer, or agents acting in the employer's behalf, information concerning a person's education, training, experience, qualifications and job performance to be used for the purpose of evaluating the person for employment. It is not unlawful for a school district to provide information received as a result of a fingerprint check required by § 15–512 to any other school district if requested to do so by the person who was the subject of the fingerprint check. A copy of any written communication regarding employment must be sent by the employer providing the information to the former employee's last known address.

C. An employer who in good faith provides information requested by a prospective employer about the reason for termination of a former employee or about the job performance, professional conduct or evaluation of a current or former employee is immune from civil liability for the disclosure or the consequences of providing the information. There is a presumption of good faith if either:

1. The employer employs less than one hundred employees and provides only the information authorized by this subsection.

2. The employer employs at least one hundred employees and has a regular practice in this state of providing information requested by a prospective employer about the reason for termination of a former employee or about the job performance, professional conduct or evaluation of a current or former employee.

D. The presumption of good faith under subsection C of this section is rebuttable by showing that the employer disclosed the information with actual malice or with intent to mislead. This subsection and subsection C of this section do not alter any privileges that exist under common law. For the purposes of this subsection, "actual malice" means

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Phoenix District Office

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
(602) 640-5000
TTY (602) 640-5072
FAX (602) 640-5071

*exhibit*

Marsha Merkel
8711 N. Lennon Place
Oro Valley, AZ 8574

Subject: Dismissal of Charge

Charge Number: 35A-2010-00021

Dear Ms. Merkel:

We have completed a preliminary review of your case. At this time, the information in the file does not indicate that any further investigation of your case would necessarily result in any finding of discrimination. Consequently, we have decided that the Equal Employment Opportunity Commission (EEOC) will not investigate this case any further. This letter, and the enclosed documents, will dismiss your case from further action by the EEOC.

This dismissal is not a statement on the merits of your case. You still have rights under Federal law to privately pursue this matter in Federal Court. We have enclosed a Dismissal and Notice of Right to Sue form with this letter. This form will explain your rights. Please note that *you have only 90 days from the date that delivery of the Notice was <u>attempted</u> at your last known address of record or 90 days of receipt of the Notice, whichever is earlier, to file suit in Federal Court, or you will lose your right to file a lawsuit against the respondent named in your charge.*

If you have any questions, please feel free to contact me at (602) 640-5034.

Sincerely,

*[signature]*

Berta Echeveste
Enforcement Supervisor

DEC 1 1 2009
Date

Enclosure

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** Marsha Merkel<br>8711 N. Lennon Place<br>Oro Valley, AZ 85742 | **From:** Phoenix District Office<br>3300 North Central Ave<br>Suite 690<br>Phoenix, AZ 85012 |

*exhibit* (handwritten)

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 35A-2010-00021 | Berta E. Echeveste,<br>Supervisory Investigator | (602) 640-5034 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*/s/ Rayford O. Irvin*
Rayford O. Irvin,
Acting District Director

DEC 11 2009
*(Date Mailed)*

Enclosures(s)

cc: Catherine Thompson
Sr Counsel - General Law
**RAYTHEON COMPANY MISSILE SYSTEMS**
1151 East Hermans Rd
Bldg 807 F8
Tucson, AZ 85756



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
Phoenix Direct Dial: (602) 640-5028
TTY (602) 640-5072
FAX (602) 640-5071

*exhibit*

September 14, 2010

***VIA FACSIMILE***
***(520) 798-5283***

Ms. Marsha Merkel
8711 N. Lennon Place
Tucson, AZ 85742

Re:   Marsh Merkel v Raytheon Missle Systems
      Charge No.: 35A-2010-00021

Dear Ms. Merkel:

This letter follows our telephone conversation on September 14, 2010 wherein I advised you of the status of the above referenced charge; you indicated to me that you did not receive the Dismissal and Notice of Right to Sue. Enclosed is a copy of the Dismissal and Notice of Right to Sue that was mailed on December 11, 2009. Due to an administrative error, the mailing address on the letter was incomplete. I am hereby faxing the Dismissal and Notice of Right to Sue to the fax number you provided.

Please note that you have 90 days from the <u>date that delivery</u> of the Notice was attempted at your <u>last known address of record</u> or 90 days of receipt of the Notice, whichever is earlier, to file in Federal court, or you will lose your right to file a lawsuit against the Respondent named in your charge.

Sincerely,

*Tara Crubaugh*
Tara Crubaugh
Investigator

Enclosure

| CHARGE OF DISCRIMINATION, PAGE 1 of 2 | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☒ FEPA <br> ☐ EEOC | T0012009000655 <br> 35A-2010-00021 |

_____Arizona Attorney General's Office, Civil Rights Division_____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) <br> Ms. Marsha Merkel | HOME TELEPHONE NO. (Include Area Code) <br> (520) 572-6888 | |
|---|---|---|
| STREET ADDRESS <br> 8711 N. Lennon Place | CITY, STATE AND ZIP CODE <br> Tucson, Arizona 85742 | DATE OF BIRTH <br> 06/18/1952 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICE SHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME. (If more than one, list below.)

| NAME <br> Raytheon Missile Systems | NUMBER OF EMPLOYEES/MEMBERS <br> Cat. II | TELEPHONE NUMBER (Include Area Code) <br> (520) 794-3000 |
|---|---|---|
| STREET ADDRESS <br> 1151 East Hermans Road | CITY, STATE AND ZIP CODE <br> Tucson, Arizona 85706 | COUNTY <br> Pima |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

**FILED OCT 07 2009 CIVIL RIGHTS DIVISION TUCSON**

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) <br> ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN <br> ☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify) | DATE DISCRIMINATION TOOK PLACE <br> EARLIEST (ADEA/EPA)   LATEST(ALL) <br> 08/18/2009 <br> CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. **PERSONAL HARM:** A. I was not allowed to test for a position. B. I was not hired.

II. **RESPONDENTS REASON FOR ADVERSE ACTION:** A. I was placed on a "do not rehire" list. B. None given.

III. **DISCRIMINATION STATEMENT:** For the following reasons, I believe I have been discriminated against because of my sex, female, in violation of the Arizona Civil Rights Act, as amended, and Title VII of the Civil Rights Act of 1964, as amended:

A. In or about July or August 2009, I applied and submitted an online application for a position for Process Technician for which I was qualified and Respondent was seeking applicants.

B. On or about August 13, 2009, I received a call from Joe Jackson, an employee of Respondent asking for Mr. Merkel, my husband, stating that Respondent was impressed with his qualifications and was excited about the possibility of having Mr. Merkel come in and test on or about August 19, 2009.

C. I informed Jackson, that the application was for me, the initials M.R., stood for Marshal Renee'. Jackson stated to me "is this some trick, who are you?" I told Jackson that I did not have to divulge my sex, female, by writing out my name. Jackson stated that he would have to get back in touch with me.

D. On or about August 18, 2009, Jackson called to inform me that my name was on a "do not rehire" list,

| I want this charge filed with both the EEOC and the state or local agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my complaint in accordance with their procedures | Signature of Complainant and Date: <br> Marsha R Merkel  10/7/09 |
|---|---|
| I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief. <br> Marsha R Merkel | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, Day, Year) <br> Cynthia Henry, C.O. 10/7/09 |

EEOC (es) Form 5 (01/10/92)

| CHARGE OF DISCRIMINATION, PAGE 2 OF 2<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>☒ FEPA<br>☐ EEOC | CHARGE NUMBER<br>T00120090000655<br>35A2010-00021C |
|---|---|---|

__Arizona Attorney General's Office, Civil Rights Division__ and EEOC

CASE NAME: Marshal Merkel v. Raytheon Missile System

because of my prior employment with Respondent in 2006. Jackson informed me that I was not allowed to take the test.

E.  I further believe and therefore allege that but for my sex, female; I would not have been denied employment.

# FILED

OCT 07 2009

**CIVIL RIGHTS DIVISION
TUCSON**

cjh/ 581208





**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

*To: FAX 602-640-5071*

Thank you for contacting us. The information you gave us indicates that your situation may be covered by the laws we enforce. If you want to file a charge, you can start the process by filling out the questionnaire right away and mailing it back to us. Please send it to the EEOC office address given to you by the EEOC staff person you spoke to or the address provided to you online. If you would like to bring the questionnaire to us in person instead of mailing it to us, please call the number listed below to make sure the office will be open. You should be aware that filing a charge can take up to two hours.

Please be sure to:
- Answer all questions as completely as possible.
- Include the location where you work(ed) or applied.
- Complete all pages.
- Attach additional pages if you need more space to complete your responses.
- Contact a field office if you have questions about this form or if you would like to visit the office to finish filing a charge.

*On bottom of pg. 4 there are two boxes to choose — Can I come in today to talk w/ someone and file today also?*

You can find out more information about the laws we enforce and our charge-filing procedures on our web site at www.eeoc.gov.

If you want to file a charge about job discrimination, there are time limits to file the charge. In many states that limit is 300 days from the date you knew about the harm or negative job action, but in other states it is 180 days. To protect your rights, it is important that you fill out the questionnaire and send it to us right away.

Filling out and sending us this questionnaire does not mean that you have filed a charge. This questionnaire will help us look at your situation and figure out if we can help you. After you send us this questionnaire, someone from the EEOC should be contacting you by mail or by phone within 30 days to talk to you. If you don't hear from us in 30 days, please call us back at 1-866-408-8075.

Sincerely,
U.S. Equal Employment Opportunity Commission

Phone: 1-800-669-4000    TTY: 1-800-669-6820    Internet: www.eeoc.gov    Email: info@eeoc.gov

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.

1. Personal Information

Last Name: Merkel  First Name: Marsha  MI: R.
Street or Mailing Address: 8711 N. Lennon Pl.  Apt Or Unit #: ___
City: Tucson  County: Pima  State: AZ  ZIP: 85742
Phone Numbers: Home: (520) 572-6888  Work: ( ) mcmerkel@live.com (primary)
Cell: ( ) no  Email Address: ginettesplace@yahoo.com
Date of Birth: 06/18/1952  Sex: Male ___ Female: X  Do You Have a Disability? Yes ☐ No ☒

Please answer each of the next three questions. i. Are you Hispanic or Latino? Yes ☐ No ☒
ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaska Native ☐ Asian
☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☒ White
iii. What is your National Origin? United States

Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: Steve & Regina Jensen  Relationship: Friends
Address: 8245 N. Suwannee Dr.  City: Tucson  State: AZ  Zip Code: 85741
Home Phone: (520) 579-8078  Other Phone: (520) 481-1582 (cell)

I believe that I was discriminated against by the following organization(s): (Check those that apply)

Employer ✓   Union ___   Employment Agency ___   Other (Please Specify) ___

2. Organization Contact Information
Organization #1 Name: Raytheon Missile Systems
Address: 1151 E. Hermans Rd.  County: Pima
City: Tucson  State: AZ  Zip: 85706  Phone: (520) 545-7997 Raytheon 794-3090 (Joe Jackson)
Type of Business: Missile Manufacturing  Job Location if different from Org. Address: Joe Jackson
Human Resources Director or Owner Name: Joe Jackson  Phone: (520) 545-7997
Number of Employees in the Organization at All Locations: Please Check (✓) One
Less Than 15 ☐   15-100 ☐   101-200 ☐   201-500 ☐   More 500 ☒

Organization #2 Name: ___
Address: ___  County: ___
City: ___  State: ___  Zip: ___  Phone: ( )

Type of Business: _____   Job Location if different from Org. Address: _____

Human Resources Director or Owner Name: _____   Phone: _____

Number of Employees in the Organization at All Locations: Please Check (√) One

Less Than 15 ☐   15 - 100 ☐   101 - 200 ☐   201 - 500 ☐   More 500 ☐

3. Your Employment Data (Complete as many items as you can) *I am NOT employed yet — I was applying when the prejudistic discrimination occured.*

Date Hired: _____   Job Title At Hire: _____

Pay Rate When Hired: _____   Last or Current Pay Rate: _____

Job Title at Time of Alleged Discrimination: _____

Name and Title of Immediate Supervisor: _____

If Applicant, Date You Applied for Job _____   Job Title Applied For _____

4. What is the reason (basis) for your claim of employment discrimination?

    FOR EXAMPLE, if you are over the age of 40 and feel you were treated worse than younger employees or you have other evidence of discrimination, you should check (√) AGE. If you feel that you were treated worse than those not of your race or you have other evidence of discrimination, you should check (√) RACE. If you feel the adverse treatment was due to multiple reasons, such as your sex, religion and national origin, you should check all three. If you complained about discrimination, participated in someone else's complaint or if you filed a charge of discrimination and a negative action was threatened or taken, you should check (√) RETALIATION.

    Race ☐   Sex ☑   Age ☐   Disability ☐   National Origin ☐   Color ☐   Religion ☐   Retaliation ☐   Pregnancy ☐

Other reason (basis) for discrimination (Explain). *you have bc was once a Rather employee before — I said yes, he said —*

5. What happened to you that you believe was discriminatory? (Include the date(s) of harm, action(s) and include the name(s) and title(s) of the persons who you believe discriminated against you. (Example: 10/02/06 - Written Warning from Supervisor, Mr. John Soto) *At 4:38 PM Thursday on 08/13/2009 - Mr. Joe Jackson called my telephone # and said he'd like to talk with*

A) Date: _____   Action: *a "Mr" Merkel. When I asked why, he said he'd like to have Mr. Merkel come in and take the test for Process Tech*

Name and Title of Person(s) Responsible: *in Am — pmpt at 8 to 80%, he's to bring his birth certificate and Drvr license, copies of both. Then he asked is he*

B) Date: *3rd Floor at main gate at 11:00 AM*   Action: *there, can I talk with him. I then said - "well, it's me "MR" not "Mr Merkel" you are talking with. I explain*

Name and Title of Person(s) Responsible: *MR are initials of my first and middle name. Then his voice wasn't*

Describe any other actions you believe were discriminatory. *happy or excited to extend an offer of employment any more - it was one of rejection and not wanting me working there. He said nervously - Now wait a minute - you can't do that (stuttering) I asked, do what? He said you cannot put your full name down. I said there was nothing that said I couldn't, & in fact I remember seeing a part where it was optional to show sex. Then I asked: So what material do people use to brush up for the test - I know they have them. He told me (nervously)*
(Attach additional pages if needed to complete your response.) *that I'd have to hold off on taking the test until he talked with someone first & then he'd get back with me. "When?" I asked. "I'll get back with you later today." He never did get back with me, so I call*

3

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? Title?

*I- Joe Jackson was ready & excited to offer "Mr" Merkel a job he said, all you have to do is pass a test. Yet when and as soon as Joe Jackson (Title: help in Raytheons hiring process) found out the man (Mr Merkel) he wanted to hire wasn't a man- but a women he did a 180° turn on wanting to extend that same hiring* 
*I called him & left mess on 5/17/09 at 10:50 AM, I still have not heard from him.*

8. Name and describe others who were in the same situation as you. Explain any similar or different treatment. Who was treated worse, who was treated better, and who was treated the same? Provide race, sex, age, national origin, religion, and/or disability status of comparator if known and if connected with your claim of discrimination. Add additional sheets if needed. *N/A - This was a phone conversation between Joe Jackson & I. It did not apply to any one else to compare it to- like this, situation is N/A*

   Full Name                     Job Title            Description
1. 
2. 
3. 

Answer questions 8-10 only if you are claiming discrimination based on disability. If not, skip to question 11.

8. Please check all that apply: *N/A*
   ☐ Yes, I have an actual disability
   ☐ I have had an actual disability in the past
   ☐ No disability but the organization treats me as if I am disabled

9. If you are alleging discrimination because of your disability, what is the name of your disability? How does your disability affect your daily life or work activities, e.g., what does your disability prevent or limit you from doing, if anything? (Example: lifting, sleeping normally, breathing normally, pulling, walking, climbing, caring for yourself, working, etc.). *N/A*

10. Did you ask your employer for any assistance or change in working condition because of your disability?
    Yes ☐   No ☐   *N/A*

    Did you need this assistance or change in working condition in order to do your job?
    Yes ☐   No ☐   *N/A*

    If "YES", when? _____   To whom did you make the request? Provide full name of
    person _____            How did you ask (verbally or in writing)? _____

    Describe the assistance or change in working condition requested?

4

11. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and indicate what they will say. Add additional pages if necessary. It was a phone conversation. Joe Jackson calling me and me answering his call.

NAME        JOB TITLE        ADDRESS & PHONE NUMBER

A.
N/A

NAME        JOB TITLE        ADDRESS & PHONE NUMBER

B.
N/A

NAME        JOB TITLE        ADDRESS & PHONE NUMBER

C.
N/A

12. Have you filed a charge previously in this matter with EEOC or another agency?   Yes ☐   No ☐

13. If you have filed a complaint with another agency, provide name of agency and date of filing:


14. Have you sought help about this situation from a union, an attorney, or any other source?

Yes ☐   No ☐ - If yes, from whom and when? Provide name of organization, name of person you spoke with and date of contact. Results, if any?   I'd like to but havn't found help-YET.




Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so within either 180 or 300 days from the day you knew about the discrimination. The amount of time you have depends on whether the employer is located in a place where a state or local government agency has laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you want to file a charge, you should check Box 1, below. If you would like more information before deciding whether to file a charge or you are worried or have concerns about EEOC's notifying the employer, union, or employment agency about your filing a charge, you may wish to check Box 2, below.

Box 1

☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, or retaliation for opposing discrimination.

Box 2

☐ I want to talk to an EEOC employee before deciding whether to file a charge of discrimination. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

_____     8/17/2009
Signature                           Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1. FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4. ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.

Con't from pg. 2 #5

Finally Joe Jackson said I can't take the test until he talks with the Raytheon manager about my having had worked there before to see if I left on a good note. When I asked why - you knew when you thought I was a man, you stated you saw "he" worked at Raytheon before + all you said was: good, and you didn't say then it would stop his chances of working there, in fact, right after is when you extended the invitation for MR Merkel to take the test and you gave me the details of when where + what time. He then lied by denighing that he said that. And when I asked for the managers name that he'd be talking with he didn't know to give me his name. Now unless he concocted this manager story to keep me from taking the test - he should have been able to give me the name of the manager that he "planned" on talking to.

called back 8/18

Later 8/18 Joe talked w/ me (called) + he said I was on their "not eligible to re-hire" — MR MERKEL