1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9   Marsha Merkel,                    )    No. CV 10-595-TUC-RCC
                                       )
10              Plaintiff,             )    **ORDER**
                                       )
11  vs.                                )
                                       )
12                                     )
    Joe Jackson; Raytheon Missile Systems, )
13                                     )
                Defendants.            )
14                                     )
    _____ )

15

16

17        On February 14, 2011, the Court Ordered Plaintiff to show cause why she failed to

18  serve Defendant within 120 days of filing her complaint.  (Doc. 8).  Plaintiff's response was

19  due by February 28, 2011, and Plaintiff was warned that failure to comply with the Order

20  would result in dismissal without further notice.  To date, Plaintiff has not complied with the

21  Order.  Accordingly,

22        **IT IS ORDERED** that dismissing this action without prejudice.  The Clerk of the

23  Court shall enter judgment accordingly.

24        DATED this 3rd day of March, 2011.

25

26

27  _____

28                    Raner C. Collins
                  United States District Judge