# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Marsha Merkel, | ) **JUDGMENT IN A CIVIL CASE** |
| | ) |
| | ) CV-10-595-TUC-RCC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Joe Jackson; Raytheon Missile Systems, | ) |
| | ) |
| Defendant . | |

\_\_\_    This action came before the Court for a hearing.  The issues have been heard and considered, and a decision has been rendered.

  X     Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's Complaint and this action are **dismissed without prejudice**.  Judgment shall enter and the Clerk shall **CLOSE** the case.

March 3, 2011                                          RICHARD H. WEARE
 Date                                                          District Court Executive/Clerk

                                                                  s/M. Gorski
                                                               By: M. Gorski
                                                               Deputy Clerk